substantial constitutional question within the meaning of *Rule* 2:2–1(a)(1) and applicable caselaw.

606 A.2d 355

CAMDEN CITY BOARD OF EDUCATION, v. NEW JERSEY STATE INTERSCHOLASTIC ATHLETIC ASSOCIATION.

February 24, 1992.

The appeal from the action of the Commissioner of Education is dismissed for failure to state a substantial constitutional question within the meaning of *Rule* 2:2–1(a)(1) and applicable caselaw.

606 A.2d 355

JOSEPH D. KAPLAN & SON, P.A., v. CNA/AMERICAN CASUALTY CO. OF READING, PA.

March 3, 1992.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed.